# NO. 12-20-00188-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***DEBE OLSON,*** *APPELLANT* | § | *APPEAL FROM THE 333RD* |
| ***V.*** | | |
| ***JOHN GIRARDI, INDIVIDUALLY, GIRARDI KEESE LP, JOHN NOCKLEBY, LOYOLA LAW SCHOOL, ROBERT GERSTEIN, INDIVIDUALLY, DENNIS REICH INDIVIDUALLY REICH AND BINSTOCK LLP, APPELLEES*** | § | *JUDICIAL DISTRICT COURT* |
| | § | *HARRIS COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure.[1] *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay--at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5. An appellate court may enforce Rule 5 by any order that is just. ***Id***. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

---

[1] Pursuant to a docket equalization order issued by the Supreme Court of Texas on July 30, 2020, this appeal has been transferred to this Court from the First Court of Appeals in Houston, Texas.

On July 27, 2020, Appellant, Debe Olson, was notified that the filing fee in this appeal is due and that the appeal would be subject to dismissal if not paid within twenty days of the July 27 notice, unless Appellant was exempt from paying the filing fee or established an inability to pay the filing fee. *See* TEX. R. APP. P. 5. On August 18, Appellant was informed that the filing fee had not been paid and the appeal may be dismissed unless Appellant paid the filing fee on or before August 28. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee passed, and Appellant has not paid the fee or otherwise shown that Appellant is excused from paying the fee.

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c). All pending motions are ***overruled as moot***.

Opinion delivered October 21, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 21, 2020**

**NO. 12-20-00188-CV**

**DEBE OLSON,**
Appellant
V.
**JOHN GIRARDI, INDIVIDUALLY, GIRARDI KEESE LP, JOHN NOCKLEBY, LOYOLA LAW SCHOOL, ROBERT GERSTEIN, INDIVIDUALLY, DENNIS REICH INDIVIDUALLY REICH AND BINSTOCK LLP,**
Appellees

---

Appeal from the 333rd District Court

of Harris County, Texas (Tr.Ct.No. 2019-34518)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*